Richard J. Wittbrodt, Esq., CSB # 138829
E-Mail: rwittbrodt@gglts.com
Lynsey M. Eaton, Esq. CSB # 261282
E-Mail: leaton@gglts.com
**GIBBS, GIDEN, LOCHER, TURNER & SENET LLP**
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
Telephone: (310) 552-3400
Facsimile: (310) 552-0805
(#0216.350)

Attorneys for TRISTAR DISTRIBUTING, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE:<br><br>FLEETWOOD ENTERPRISES, INC., et al.<br><br>Debtors.<br><br>—————————————————————<br>FLEETWOOD ENTERPRISES, INC., ET AL. and OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, on behalf of the Debtors' estates,<br><br>Plaintiffs,<br><br>v.<br><br>TRISTAR DISTRIBUTING, INC.<br><br>Defendant, | Case No.: 09-14254-MJ<br>Adv. Pro. No.: 6:09-ap-01381-MJ<br><br>CHAPTER 11<br><br>**DECLARATION OF ROBIN BELLAIRE IN SUPPORT OF TRISTAR DISTRIBUTING, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Jointly Administered]<br><br>**Date:      November 12, 2009**<br>**Time:      10:00 a.m.**<br>**Courtroom: 302**<br><br>**[Filed concurrently with (1) TriStar Distributing, Inc.'s Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities in Support; (2) Request for Judicial Notice; (3) Separate Statement of Uncontroverted Facts]** |

I, Robin Bellaire, declare and state as follows:

1.      I am over the age of 18, have never been adjudicated insane or incompetent

and make the following declarations based upon my personal knowledge, my review of

1

*GIBBS, GIDEN, LOCHER, TURNER & SENET LLP*

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

1  relevant documents or my opinion based upon my experience and knowledge of Defendant's

2  business operations and financial condition. If I were called upon testify, I could and would

3  testify to each of the facts set forth herein based on such personal knowledge, review of the

4  documents or opinion.

5      2.      I am the Credit Manager for Defendant Tristar Distributing, Inc.

6      3.      Defendant sold product to the Debtor Subsidiaries (as that term is defined in

7  Defendant's Memorandum in Support of its Motion for Partial Summary Judgment).

8      4.      Defendant dealt with each Debtor Subsidiary individually in that Defendant

9  would sell product to a Debtor Subsidiary in accordance with a purchase order received from

10  that specific Debtor Subsidiary.

11      5.      Defendant would then invoice the specific Debtor Subsidiary directly.

12      6.      Payment would not come directly from the Debtor Subsidiary; rather,

13  payments were made to Defendant in the form of a check from Fleetwood Holdings, Inc.

14      7.      Defendant never requested that its payments be processed through Fleetwood

15  Holdings, Inc.

16      8.      Each of the payments detailed in the Exhibits to Plaintiffs' Complaint

17  represented the fair market value for materials sold and delivered to the Debtor Subsidiaries

18  by Defendant.

19

20  I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.

22

23  Executed this 4th day of September, 2009 at Elkhart, Indiana.

24

25                          /s/ Robin Bellaire

26

27

28

*DECLARATION OF ROBIN BELLAIRE*

834304_1

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ELECTRONIC PROOF OF SERVICE**

**In Re: Fleetwood Enterprises, Inc., et al. (Debtors)**
**Case No. 09-14254-MJ \ Adv. Pro. No.: 6:09-ap-01380-MJ**

I, M. Esther Juarez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher, Turner & Senet LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. On September 17, 2009, I served the document(s) described as: **DECLARATION OF ROBIN BELLAIRE IN SUPPORT OF TRISTAR DISTRIBUTING, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** as follows:

☒    **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Mandatory Electronic Filing through CM/ECF website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒    [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 17, 2009, at Los Angeles, California.

_____
M. Esther Juarez