1  Richard J. Wittbrodt, Esq., CSB # 138829
   E-Mail: rwittbrodt@gglts.com
2  Lynsey M. Eaton, Esq. CSB # 261282
   E-Mail: leaton@gglts.com
3  **GIBBS, GIDEN, LOCHER, TURNER & SENET LLP**
   1880 Century Park East, 12th Floor
4  Los Angeles, California 90067-1621
   Telephone: (310) 552-3400
5  Facsimile: (310) 552-0805
   (#0216.350)
6  Attorneys for TRISTAR DISTRIBUTING, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>FLEETWOOD ENTERPRISES, INC., et al.<br><br>Debtors.<br><br>FLEETWOOD ENTERPRISES, INC., ET AL. and OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, on behalf of the Debtors' estates,<br><br>Plaintiffs,<br><br>v.<br><br>TRISTAR DISTRIBUTING, INC.<br><br>Defendant, | Case No.: 09-14254-MJ<br>Adv. Pro. No.: 6:09-ap-01381-MJ<br><br>CHAPTER 11<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>[Jointly Administered]<br><br>Date:     November 12, 2009<br>Time:     10:00 a.m.<br>Courtroom: 302<br><br>[Filed concurrently with (1) TriStar Distributing, Inc.'s Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities in Support; (2) Declaration of Robin Bellaire in Support Thereof; (3) Separate Statement of Uncontroverted Facts] |

Defendant, TRISTAR DISTRIBUTING, INC., by and through its attorneys of record in the above-referenced case, hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts and documents:

///

///

1

REQUEST FOR JUDICIAL NOTICE

832303_1

1. Debtor FLEETWOOD ENTERPRISES, INC., et al.'s Emergency Motion for an Order Authorizing (A) Continued Use of Cash Management System and Bank Accounts filed in the underlying bankruptcy case of *In re Fleetwood Enterprises, Inc., et al.*, United States Bankruptcy Court, Central District of California, Riverside Division, Case No. 09-14254-MJ, a thirty six page document which consists of the Debtor's Motion and three exhibits, a true and correct copy of which is attached hereto as Exhibit "1."

2. The Declaration of Andrew M. Griffiths filed in support of Debtor FLEETWOOD ENTERPRISES, INC., et al.'s Emergency Motion for an Order Authorizing (A) Continued Use of Cash Management System and Bank Accounts in the underlying bankruptcy case of *In re Fleetwood Enterprises, Inc., et al.*, United States Bankruptcy Court, Central District of California, Riverside Division, Case No. 09-14254-MJ, a forty-four page document which consists of Andrew M. Griffiths Declaration and an eight page exhibit, a true and correct copy of which is attached hereto as Exhibit "2."

3. The Court's Order on Debtor FLEETWOOD ENTERPRISES, INC., et al.'s Emergency Motion for an Order Authorizing (A) Continued Use of Cash Management System and Bank Accounts filed in the underlying bankruptcy case of *In re Fleetwood Enterprises, Inc., et al.*, United States Bankruptcy Court, Central District of California, Riverside Division, Case No. 09-14254-MJ, a five page document which consists of the Court's Order and the service sheet, a true and correct copy of which is attached hereto as Exhibit "3."

4. Debtor FLEETWOOD ENTERPRISES, INC., et al.'s Adversary Complaint against AL-KO Kober Corporation filed in the underlying bankruptcy case of *In re Fleetwood Enterprises, Inc., et al.*, United States Bankruptcy Court, Central District of California, Riverside Division, Case No. 09-14254-MJ, as Adversary Proceeding 6:09-ap-01379-MJ, a true and correct copy of which is attached hereto as Exhibit "4."

5. Debtor FLEETWOOD ENTERPRISES, INC., et al.'s Adversary Complaint against Cast Products Corporation filed in the underlying bankruptcy case of *In re Fleetwood Enterprises, Inc., et al.*, United States Bankruptcy Court, Central District of California,

Riverside Division, Case No. 09-14254-MJ, as Adversary Proceeding 6:09-ap-01380-MJ, a true and correct copy of which is attached hereto as Exhibit "5."

      6.    Debtor FLEETWOOD ENTERPRISES, INC., et al.'s Adversary Complaint against BlueLinx Corporation filed in the underlying bankruptcy case of *In re Fleetwood Enterprises, Inc., et al.*, United States Bankruptcy Court, Central District of California, Riverside Division, Case No. 09-14254-MJ, as Adversary Proceeding 6:09-ap-01397-MJ, a true and correct copy of which is attached hereto as Exhibit "6."

DATED: September 17, 2009    GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: _____
Richard J. Wittbrodt, Esq.
Lynsey M. Eaton, Esq.
Attorneys for Creditor
TRISTAR DISTRIBUTING, INC.

---
3
*REQUEST FOR JUDICIAL NOTICE*

# ELECTRONIC PROOF OF SERVICE

**In Re: Fleetwood Enterprises, Inc., et al. (Debtors)**
**Case No. 09-14254-MJ \ Adv. Pro. No.: 6:09-ap-01380-MJ**

I, M. Esther Juarez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher, Turner & Senet LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. On September 17, 2009, I served the document(s) described as: **REQUEST FOR JUDICIAL NOTICE** as follows:

☒     **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Mandatory Electronic Filing through CM/ECF website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒     [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 17, 2009, at Los Angeles, California.

                                                                     _____
                                                                       M. Esther Juarez